14.8

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RISSMILLER PLLC 5 PENNSYLVANIA PLAZA NEW YORK, NY 10001

Client's File No.: _____

Index Number:     1:22-CV-09908-JGK

Date Filed:     **December 13, 2022**

## LASHON HOLLINGTON

*Plaintiff*

VS

## READY SET LEARN CHILD CARE CENTER LLC, READY SET LEARN LLC, AND HABITOT ES LLC

*Defendant*

STATE OF NEW YORK, COUNTY OF New York SS:

### SECRETARY OF STATE

**Steve Avery**, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **1/5/2023** at **9:30 AM** at 1 Commerce Plaza, Albany, New York 12260 the office of the Secretary Of State, of the State of New York, deponent served 2 true copies of a **Summons in a Civil Action and Complaint**

on **READY SET LEARN CHILD CARE CENTER LLC**
(Defendant/Respondent)

Said service was effected in the following manner;
By delivering to an leaving with **NANCY DOUGHERTY** authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service, deponent paid said Secretary of State a fee of $40.00.
That said service was made pursuant to **303 Limited Liability Company Law**

**Description:**
**Gender: Female     Race/Skin: White     Age: 60     Weight: 100-130 Lbs.  Height: 5ft0in-5ft3in     Hair: Black     Glasses:No     Other:**

Sworn to before me on _____ January 9, 2023 _____

Samuel Mlotok
Notary Public - State of New York
No. 01ML6317724
Qualified in Nassau County
My Commission Expires 4/16/23

Steve Avery
Server's Lic #
Job#  2252154
Cust.File#

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE