```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

LASHON HOLLINGTON,                          22-cv-9908 (JGK)

           Plaintiff,              ORDER

    - against -

READY SET LEARN CHILD CARE CENTER LLC, ET AL.,

           Defendants.

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of the plaintiff's proposed order to show cause for a default judgment against the defendants, as well as the supporting affidavit and other related materials. ECF Nos. 21-24. However, the signed Clerk's certificates of default, which were issued on March 3, 2023 (ECF Nos. 17-19), are missing from the exhibits attached to the affidavit.

    Local Rule 55.2 provides that after the Clerk of Court has issued a certificate of default, a plaintiff seeking a default judgment must submit that signed certificate of default to the Court along with the other default judgment papers. See S.D.N.Y. Local Civil Rule 55.2(b)(1) ("[T]he party seeking a judgment by default . . . shall append to the application . . . the Clerk's certificate of default."). Accordingly, the plaintiff is directed to submit a revised affidavit with the signed certificates of

default attached to it, and to amend the affidavit to reflect the submission of these required materials, by **March 13, 2023.**

**SO ORDERED.**

**Dated:** **New York, New York**
**March 6, 2023**

                                        /s/ John G. Koeltl
                                        **John G. Koeltl**
                                **United States District Judge**