**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LASHON HOLLINGTON,

              Plaintiff,

- v -

READY SET LEARN CHILD CARE CENTER LLC, READY SET LEARN, LLC, and HABITOT ES LLC,

              Defendants.

Civil Action No.: 22-cv-9908

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

      Upon the declaration of Alex Rissmiller, the exhibits annexed thereto, the Statement of Damages and upon all prior papers and proceedings filed herein, it is

      ORDERED that the defendants shall respond in writing to this Order to Show Cause for a default judgment by **4/3/23**. If the defendants fail to respond by that date, judgment may be entered against them and the defendants will have no trial. The plaintiff may reply by **4/7/23**. The plaintiff shall serve a copy of this Order to Show Cause by **3/20/23** and shall file proof of service by **3/23/23**. No personal appearances are required in connection with this Order to Show Cause.

Dated: March **7**, 2023
       New York, New York

                                                /s/ John G. Koeltl
                                                JOHN G. KOELTL
                                                UNITED STATES DISTRICT JUDGE