UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LASHON HOLLINGTON,

                  Plaintiff,

        22 civ 9908 (JGK)

     -against-

READY SET LEARN CHILDCARE CENTER, LLC, et al.,
                  Defendants.
-------------------------------------------------------------X

## ORDER

    Default proceedings pending,

    The conference scheduled for Wednesday, March 15, 2023, at 4:30pm, is canceled..

**SO ORDERED.**

                                                  S/John G. Koeltl
                                         **JOHN G. KOELTL**
                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          March 7, 2023