UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASHON HOLLINGTON,

                Plaintiff,           22-cv-9908 (JGK)

    - against -

                                        ORDER

READY SET LEARN CHILD CARE CENTER
LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court is in receipt of the affidavit submitted by Esther M. Desire, ECF No. 35, opposing the plaintiff's application for a default judgment against defendant Ready Set Learn, LLC. The plaintiff and defendant Ready Set Learn, LLC are directed to appear for a telephone conference to discuss the application for a default judgment on **April 27, 2023** at **4:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            April 18, 2023

                                              John G. Koeltl
                                     United States District Judge