UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

LASHON HOLLINGTON,

                        Plaintiff,

        - against -

READY SET LEARN CHILD CARE CENTER
LLC, ET AL.,

                    Defendants.

_____

22-cv-9908 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant Ready Set Learn, LLC is dismissed from the case pursuant to the letter submitted today, April 18, 2023. See ECF No. 37. Accordingly, the letter motion at ECF No. 36 is dismissed as moot, and the conference scheduled for April 27, 2023 is **canceled**.

    The time for the remaining defendants to respond to the Order to Show Cause is extended to **May 9, 2023**. If the defendants fail to respond by that date, judgment may be entered against them and the defendants will have no trial. The plaintiff may reply by **May 16, 2023**.

SO ORDERED.

Dated:    New York, New York
            April 18, 2023

                                   John G. Koeltl
                     United States District Judge