UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASHON HOLLINGTON,

                Plaintiff,

    - against -

READY SET LEARN CHILD CARE CENTER
LLC, ET AL.,

                Defendants.

22-cv-9908 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On April 18, 2023, this Court entered an Order directing the remaining defendants to respond to the Order to Show Cause for a default judgment by May 9, 2023. The defendants have not filed a response. Therefore, the plaintiff is entitled to a default judgment against defendants Ready Set Learn Child Care Center LLC and Habitot ES LLC.

    The case is referred to the Magistrate Judge for an inquest on damages.

SO ORDERED.
Dated:    New York, New York
            May 23, 2023

                                              John G. Koeltl
                                   United States District Judge