UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LASHON HOLLINGTON,

Plaintiff,

- against -

READY SET LEARN CHILD CARE CENTER LLC AND HABITOT ES LLC

Defendants.

22-cv-9908 (JGK)

Order

**John G. Koeltl, District Judge:**

The Court has reviewed the thorough Report and Recommendation of Magistrate Judge Moses after an inquest on damages following the defaults of defendants Ready Set Learn Child Care Center LLC and Habitot ES LLC. No objections have been filed to the Report and Recommendation and the time for objections has passed. In any event, the Court finds that the Report and Recommendation is well-founded and should be adopted.

The Court therefore directs the Clerk to enter judgment in favor of the plaintiff and against defendants Ready Set Learn Child Care Center LLC and Habitot ES LLC as follows: damages in the amount of $155,231.26, consisting of $131,281.86 in back pay, $15,000 in emotional-distress damages, and $8,949.40 in attorneys' fees and costs. In addition, the plaintiff shall be awarded $16,110.91 in prejudgment interest on the back-pay award through

June 30, 2026, plus continuing prejudgment interest on that award, at the rate of $16.99 per day, until the date judgment is entered.

The Clerk is also respectfully directed to close this case.

**SO ORDERED.**

**Dated: New York, New York**
**July 16, 2026**

**John G. Koeltl**
**United States District Judge**