UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASHON HOLLINGTON,., Plaintiff, -against- READY SET LEARN CHILD CARE CENTER LLC AND HABITOT ES LLC., Defendants. | 22 CIVIL 09908 (JGK) **JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated July 16, 2026, the Court finds that the Report and Recommendation is well-founded and should be adopted. Judgment is therefore entered in favor of the plaintiff and against defendants Ready Set Learn Child Care Center LLC and Habitot ES LLC as follows: damages in the amount of $155,231.26, consisting of $131,281.86 in back pay, $15,000 in emotional-distress damages, and $8,949.40 in attorneys' fees and costs. In addition, the plaintiff shall be awarded $16,110.91 in prejudgment interest on the back-pay award through June 30, 2026, plus continuing prejudgment interest on that award, at the rate of $16.99 per day, until the date judgment is entered, for a total of 21 days, amounting to $356.79; accordingly, the case is closed.

**Dated:** New York, New York
July 20, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**